**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| NRRM, LLC d/b/a CARSHIELD, and AMERICAN AUTO SHIELD, LLC. | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:25-cv-01566 |
| PELICAN INVESTMENT HOLDINGS, LLC, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF CARSHIELD'S MOTION FOR PERLIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff NRRM, LLC d/b/a CarShield moves this Court for the entry of a preliminary injunction against Defendant Pelican Investment Holdings, LLC.

As set forth in CarShield's accompanying Memorandum in Support and attendant declarations and exhibits, Pelican, which markets itself to the public as "Auto Service Department" or "ASD," is engaging in literally and materially false and misleading advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), as well as state law.

Pelican has disseminated false claims to consumers, including to CarShield's customers, falsely stating, among other things, that repair shops and car dealers will not honor CarShield's vehicle protection plans and that CarShield doesn't administer its own claims. Those statements are false on their face, are likely to deceive consumers, and are material to purchasing decisions in the vehicle-service-contract marketplace.

Pelican's conduct is causing and will continue to cause irreparable harm to CarShield, including loss of some unknown and not fully calculable diversion of sales, loss of goodwill with

its customers, and damage to CarShield's business reputation. CarShield is likely to succeed on the merits of its Lanham Act and state-law claims. And the balance of equities and the public interest both favor injunctive relief to stop Pelican's unlawful conduct and preserve fair competition in the marketplace pending final adjudication of this action. As further grounds for this motion, CarShield relies on the accompanying Memorandum in Support and evidentiary submissions filed herewith.

For the foregoing reasons, and those that may be presented at a hearing on this matter, CarShield respectfully requests that the Court enter a preliminary injunction prohibiting Defendant Pelican Investment Holdings, LLC, and all those acting in concert with it, from making or disseminating any false or misleading statements of fact about CarShield or their products or services, and Pelican's own company, and granting such further relief as the Court deems just and proper.

Dated: October 20, 2025

Respectfully submitted,

By: /s/*Jeffrey H. Kass*

Jeffrey H. Kass, E.D. Mo. #60672
Georgiana Gnibus, E.D. Mo. #75573
1125 17th St, Suite 500
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email: JKass@dickinson-wright.com
ggnibus@dickinson-wright.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 20th day of October, 2025, through the Court's CM/ECF system, and CarShield will serve this document using a process server when it serves the Complaint.

*/s/Jeffrey H. Kass*
Jeffrey H. Kass (E.D. Mo. #60672)
*Counsel for Plaintiffs*