**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI (ST.  LOUIS)**

| | | |
|---|---|---|
| NRRM, LLC d/b/a CARSHIELD, and AMERICAN AUTO SHIELD, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 4:25-cv-01566 |
| PELICAN INVESTMENT HOLDINGS, LLC, NATIONAL ADMINISTRATIVE SERVICE CO., LLC, and SING FOR SERVICE, LLC d/b/a MEPCO, | ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR SECOND EXTENSION OF TIME

Defendant Sing for Service, LLC d/b/a/ Mepco ("Mepco"), respectfully moves for a brief additional extension of time to respond to Plaintiff's Complaint (Doc. 1). In support of this request, Mepco states as follows:

1.     This action was filed on October 20, 2025. (Doc. 1)

2.     Proof of service was filed on November 3, 2025, showing that Mepco was served on October 21, 2025, making its responsive pleading originally due on November 12, 2025. (Doc. 13)

3.     The Court previously granted Mepco an extension to and including December 12, 2025, to answer or otherwise respond to the Complaint. (Doc. 25)

4.     Local Rule 1.05 provides that the Court may extend any time limit for good cause.

5.     Counsel for Mepco has been working diligently to prepare its response, but requires a brief, one business day, additional extension to finalize its submission.

6.      Plaintiff's counsel has been consulted and consents to the extension of the responsive pleading deadline, to and including December 15, 2025.

7.      This request is not made for purposes of delay, but to allow Mepco adequate time to finalize its substantive response to the Complaint. No party will be prejudiced by this brief extension.

8.      A proposed order is attached hereto.

WHEREFORE, Defendant Mepco respectfully requests an order extending its deadline to file an answer, responsive pleading, or other rule 12 motion, up to and including December 15, 2025, and for whatever other relief the Court deems just and proper.

Dated: December 11, 2025                   Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Kathleen M. Nemechek
    Kathleen M. Nemechek, MO Bar # 50139MO
    Megan D. Costello, MO Bar # 68862MO
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:   (816) 561-7007
    Facsimile:    (816) 561-1888
    knemechek@berkowitzoliver.com
    mcostello@berkowitzoliver.com

**VARNUM LLP**

    Ronald G. DeWaard (Admitted *Pro Hac Vice*)
    Brion B. Doyle (Admitted *Pro Hac Vice*)
    Regan A. Gibson (Admitted *Pro Hac Vice*)
    P.O. Box 352
    Grand Rapids, Michigan 49501-0352
    Telephone:   (616) 336-6000
    Facsimile:    (616) 336-7000
    rgdewaard@varnumlaw.com
    bbdoyle@varnumlaw.com
    ragibson@varnumlaw.com

    ***Attorneys for Defendant Sing for Service, LLC
    d/b/a/ Mepco***

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.


      /s/ Kathleen M. Nemechek
***Attorney for Defendant Sing for Service, LLC***
***d/b/a/ Mepco***