**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI (ST. LOUIS)**

| | | |
|---|---|---|
| NRRM, LLC d/b/a CARSHIELD, and AMERICAN AUTO SHIELD, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 4:25-cv-01566 |
| PELICAN INVESTMENT HOLDINGS, LLC, NATIONAL ADMINISTRATIVE SERVICE CO., LLC, and SING FOR SERVICE, LLC d/b/a MEPCO, | ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

This matter having come before the Court on the Consent Motion for Second Extension of Time filed by Defendant Sing for Service, LLC d/b/a Mepco ("Mepco"), the Court hereby orders that said motion is GRANTED. Mepco shall have to and including December 15, 2025, to answer or otherwise respond to Plaintiff's Complaint.


Dated:  _____

_____
DISTRICT JUDGE HENRY EDWARD AUTREY